**LODGED**

Hon. Phillip Brandt
Chapter 7
Hearing Date: June 25, 2009
Hearing Time: 10:30 AM
Hearing Site: 700 Stewart Street #8106

UNITED STATES BANKRUPCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JOLAN, INC.,

    Debtor.

Chapter 7

Case No. 09-10411
ADVERSARY CASE NO 09-01190

**ORDER DISMISSING EVERGREENBANK FROM** ADVERSARY PROCEEDING

THIS MATTER came before the Court, on Thursday, June 25, 2009 at 10:30 AM, in part to consider the dismissal with prejudice of the Creditor, EvergreenBank from the Adversary Proceedings (Adversary Case No. 09-01190) filed by Jacob G. Buttnick.

Plaintiff's counsel declared in open court on Thursday, June 25, 2009 his client would not proceed against EvergreenBank as to his First Cause of Action that EvergreenBank did

ORDER DISMISSING EVERGREEN BANK

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVE., STE. 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

Page 1 of 3

not have a secured interest in fixtures and requesting that Evergreen Bank be dismissed from the adversary proceedings.

Counsel for EvergreenBank requested that the dismissal of her client be extended to include the Third Cause of Action (in that Plaintiff seeks to carve out a 506 (c) claim without necessary standing to seek such a claim). To support her position, she referred to the specific language in the original pleadings which called for Plaintiff to have a 506 (c) claim and cited numerous subsequent pleadings wherein Plaintiff attempted to substantiate his right to a 506 (c) claim. After considering the arguments, and the Court deeming itself fully informed in the matter, now, therefore it is hereby ORDERED as follows:

1. The claims by Jacob Buttnick against EvergreenBank, made under Adversary No. 09-01190 are hereby dismissed in their entirety and with prejudice;

2. All claims against other named parties therein remain in the Adversarial proceeding.

DATED this _____ day of _____, 2009.

_____
JUDGE PHILIP BRANDT
U.S. Bankruptcy Court Judge

Presented by:
RICCI GRUBE BRENEMAN, PLLC

_____
Debra Ricci, WSBA#22247
Attorney for EvergreenBank

ORDER DISMISSING EVERGREEN BANK

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVE., STE. 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

1  Approved as to form: Notice
   of presentation waived
2
   Shafer & Bailey, LLP
3
   *[signature]*
4  ──────────────────────────────
   Donald Bailey, WSBA #12289
5  Attorney for Lance Miyatovich
   Barry O' Young
6  Phone authority to sign on his behalf 7/09/09

7  Approved as to form; Notice of
   Presentation waived.
8
   Shulkin Hutton, Inc.
9
   ──────────────────────────────
10 Jerome Shulkin, WSBA # 2198
   Attorney for Jacob Buttnick
11 Accompany page with signature

12 Woods & Jones, P/S.
   *[signature]*
13 ──────────────────────────────
   Denice Moewes, WSBA # 19464
   Attorney for Trustee
14 Phone authority to sign on her behalf 7/01/09

15

16

17

18

19

20

21

22

23

24

25

ORDER DISMISSING EVERGREEN BANK

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVE., STE. 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

Page 3 of 3

| | |
|---|---|
| 1 | Approved as to form: Notice of presentation waived |
| 2 | |
| 3 | Shafer & Bailey, LLP |
| 4 | _____ |
| 5 | Donald Bailey, WSBA #12289<br>Attorney for Lance Miyatovich<br>Barry O' Young |
| 6 | |
| 7 | Approved as to form; Notice of Presentation waived. |
| 8 | Shulkin Hutton, Inc. |
| 9 | *[signature]*<br>Jerome Shulkin, WSBA # 2198 |
| 10 | Attorney for Jacob Buttnick |
| 11 | Woods & Jones, P.S. |
| 12 | _____<br>Denice Moewes, WSBA # 19464<br>Attorney for Trustee |

ORDER DISMISSING EVERGREEN BANK

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVE., STE. 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

Page 2 of 3